# EXHIBIT D



Sarah D. Mitchell
(214) 953-5870 (Direct Dial)
(214) 661-6837 (Direct Fax)
smitchell@jw.com

July 25, 2016

**By Email**

David W. Long-Daniels
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305
long-danielsd@gtlaw.com

Re:  BlueLinx Corporation's Letter to MJB Wood Group, Inc. and Paul Veillette

Dear Mr. Long-Daniels:

As you know, this firm represents MJB Wood Group, Inc. ("MJB") regarding your letter to MJB and its employee, Mr. Paul Veillette. In your letter, you raise concerns on behalf of BlueLinx Corporation ("BlueLinx") that Mr. Veillette is (1) providing the same or similar services to MJB that he provided to, or on behalf of BlueLinx; (2) contacting BlueLinx employees; and (3) contacting BlueLinx customers in violation of his employment agreement with BlueLinx.

Mr. Veillette is employed by MJB in a line of business which does not necessitate that Mr. Veillette sell or offer to sell products that are also sold by BlueLinx. As such, Mr. Veillette is not, and has not been, engaged in any activity on behalf of MJB that is competitive with BlueLinx or the products BlueLinx offers to its customers or potential customers. Indeed, contrary to the assertions in your letter, Mr. Veillette has not sold or offered to sell products sold by BlueLinx to any BlueLinx customers or potential customers during his employment with MJB, nor has he solicited any BlueLinx employees to leave their employment with BlueLinx or join MJB.

Moreover, MJB has not been offered, nor has it received, any BlueLinx proprietary, confidential and/or trade secret information from Mr. Veillette. Likewise, MJB has not requested and will not request, nor would it accept, provision of BlueLinx's proprietary, confidential and/or trade secret information from Mr. Veillette or otherwise. Mr. Veillette has assured MJB that he has no BlueLinx confidential, proprietary or trade secret information in his possession, custody or control, and that he does not possess any other property belonging to BlueLinx.

I trust this letter is sufficient to put your client's fears to rest regarding Mr. Veillette's current employment with MJB and his compliance with his employment agreement with BlueLinx. If any questions or issues remain after you review this letter and the assurances set

July 25, 2016
Page 2

_____

forth herein, I would urge you to contact me so that we can work constructively to ensure that BlueLinx's concerns are addressed and resolved.

                                                Very truly yours,

                                                *Sarah Mitchell*

                                                Sarah D. Mitchell

SDM:sdm

16667124